**Opinion filed May 31, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00078-CV

_____

## IN THE INTEREST OF E.R.B., A CHILD

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CV0711342**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order terminating the parental rights of appellant, E.R.B.'s father. The child's mother and maternal grandparents brought this suit to terminate the parent-child relationship between appellant and E.R.B. The trial court entered an order of termination on February 14, 2012, and appellant timely filed a pro se notice of appeal on March 1, 2012. However, appellant did not file an affidavit of indigence pursuant to TEX. R. APP. P. 20.1, is not presumed indigent under Rule 20.1, and has not paid the required filing fee. *See* Rule 20.1(a), (c)(1). We dismiss the appeal.

Upon docketing this appeal on March 5, 2012, the clerk of this court notified appellant by certified mail that the prior filing of an affidavit of indigence on June 9, 2011, did not comply

with Rule 20.1(c)(1).  We requested that appellant remit the $175 filing fee immediately.  Again on April 13, 2012, we notified appellant that the $175 filing fee had not been paid, that it was due on or before April 30, 2012, and that the appeal was subject to dismissal if the filing fee was not paid.  There has been no response to either of the clerk's letters.

Because appellant has failed to respond to our letters, file an affidavit of indigence for appeal, or pay the required filing fee, we dismiss the appeal.  TEX. R. APP. P. 5, 42.3.


PER CURIAM


May 31, 2012

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.